UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IP POWER HOLDINGS LTD., :
:
                Plaintiff, :
:    21-CV-6640 (JMF)
    -v- :
:    ORDER OF DISMISSAL
NINGBO HITORHIKE OUTDOOR CO., LTD., :
:
                Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 11, 2022, the Court ordered Plaintiff to show good cause in writing why service of the summons and Complaint was not made by the previously imposed August 9, 2022 deadline — or, if Plaintiff believed service had been made, to demonstrate when and in what manner service *was* made by that date. *See* ECF No. 11. The Court notified Plaintiff that if it did not show good cause — or file anything — by August 18, 2022, the Court would dismiss the Complaint. *Id.* Plaintiff did not file anything by the deadline.

       Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

       SO ORDERED.

Dated: August 22, 2022
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge